PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Robert A. Clay                    Case Number: 3:10-00121-01

Name of Judicial Officer: The Honorable Richard E. Dorr, U. S. District Judge, Western District of Missouri; jurisdiction transferred on May 7, 2010, to the Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: August 29, 2006

Original Offense: Ct. 1: 18 U.S.C. § 1343, Wire Fraud; Ct. 2: 18 U.S.C. § 1957, Money Laundering

Original Sentence: 33 months' followed by 5 years' supervised release

Type of Supervision: Supervised Release              Date Supervision Commenced: March 13, 2009

Assistant U.S. Attorney: to be assigned              Defense Attorney: to be assigned

---

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ **Allowed to terminate from supervision still owing restitution.**

Considered this 16 day of Dec, 2013,
and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place   Columbia, Tennessee

Date    December 13, 2013

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall pay restitution in the amount of $443,143.00, at a minimum monthly rate of 10% of gross income:**

   Mr. Clay has made his monthly payments to the best of his ability as ordered by the Court.

**Compliance with Supervision Conditions and Prior Interventions:**

Robert A. Clay has paid $18,923.46 in restitution. He was unemployed for two years due to medical problems and was unable to contribute toward his restitution. His term of supervised release is set to expire on March 12, 2014.

**U.S. Probation Officer Recommendation:**

Mr. Clay has paid toward his restitution as instructed by the Court. It is recommended he be allowed to terminate from supervision still owing restitution. If he does not continue to make appropriate payments after his supervision expires, the U.S. Attorney's Office may garnish his income, place a lien on any property, or pursue any other available remedies to satisfy the debt.

The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer